# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WALEED ALBAKRI,**

      **Plaintiff,**

**v.**                                                  **Case No:   6:15-cv-1969-Orl-31GJK**

**SHERIFF OF ORANGE COUNTY,**

      **Defendant.**

## JUDGMENT IN A CIVIL ACTION

This action was tried by a jury with United States District Judge Gregory A. Presnell presiding.   The jury having rendered a verdict in favor of Defendant Sheriff of Orange County, judgment is hereby entered for Defendant, with costs against the Plaintiff.

July 10, 2017

                                                      BY: s/ Lisa Maurey
                                                          Lisa Maurey, Courtroom Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Party