**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WALEED ALBAKRI**,

       **Plaintiff,**

**v.**                                       **Case No: 6:15-cv-1969-Orl-31GJK**

**SHERIFF OF ORANGE COUNTY,**

       **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion to Tax Costs (Doc. 69), filed July 24, 2017.

On September 13, 2017, the United States Magistrate Judge issued a report (Doc. 71) recommending that the motion be granted in part. Plaintiff did not file a response to the motion; thus, the motion is unopposed. Defendant filed a Notice of No Objection September 15, 2017 (Doc. 72). Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Defendant's Motion to Tax Costs is **GRANTED IN PART**. The Court taxes $4,671.68 in costs against Plaintiff.

3.      In all other respects, the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 18, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party